1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX  78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9  **IN RE: BEXTRA AND CELEBREX** | ) | |
|    **MARKETING SALES PRACTICES, AND** | ) | MDL NO. 1699 |
| 10 **PRODUCT LIABILITY LITIGATION** | ) | |
|    | ) | District Judge: Charles R. Breyer |
| 11 This Document Relates To: | ) | |
|    *Delia Vera Pena v. Pfizer Inc., et al.* | ) | |
| 12 (C-06-0097) | ) | **STIPULATION AND ORDER OF** |
|    | ) | **DISMISSAL WITH PREJUDICE** |
| 13 *Dale Richards v. Pfizer Inc., et al.* | ) | |
|    (C 06 0359) | ) | |
| 14 | ) | |
|    *Kathryn E. Adair v. Pfizer Inc., et al.* | ) | |
| 15 (3:06-cv-00360-CRB) | ) | |
|    | ) | |
| 16 *Joan H. Grimsley v. Pfizer Inc., et al.* | ) | |
|    (06-3164 CRB) | ) | |
| 17 | ) | |
|    *George Carey and Paula Y. Carey v. Pfizer* | ) | |
| 18 *Inc., et al.* | ) | |
|    (06-3165 CRB) | ) | |
| 19 | ) | |
|    *Beverly Parr v. Pfizer Inc., et al.* | ) | |
| 20 (06-3364 CRB) | ) | |
|    | ) | |
| 21 *Shelia Lynn Campbell Yuras, Individually and* | ) | |
|    *as Representative of the Estate of Robert Kay* | ) | |
| 22 *Carpenter, Deceased v. Pfizer Inc., et al.* | ) | |
|    (06-3366 CRB) | ) | |
| 23 | ) | |
|    *Esther Luther, Individually and as* | ) | |
| 24 *Representative of the Estate of Harold Luther,* | ) | |
|    *Deceased v. Pfizer Inc., et al.* | ) | |
| 25 (C-06-6005) | ) | |
|    | ) | |
| 26 *Ava Purkey v. Pfizer Inc., et al.* | ) | |
|    (C-06-6182) | ) | |
| 27 | ) | |
|    *Mary Amos v. Pfizer Inc., et al.* | ) | |
| 28 (C-06-6259) | ) | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* )<br>) )<br>) |
| 3 | (C-06-6568 CRB) ) |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary* )<br>) |
| 5 | *Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* )<br>) |
| 6 | (06-6930) ) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* )<br>(C-06-7404) ) |
| 8 | |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.* )<br>(C-07-1039-CRB) ) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* )<br>(C-07-1875 CRB) ) |
| 11 | |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* )<br>) )<br>) |
| 13 | (C-07-2576 CRB) ) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* )<br>(C-07-5059 CRB) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

*signature*

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

*signature*

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE